**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**SHADRIEKA BURNICE**                                                              **PLAINTIFF**

**V.**                                                                             **NO. 3:20-CV-245-DMB-RP**

**CORECIVIC OF TENNESSEE, LLC**
**d/b/a Tallahatchie County Correctional**
**Facility; and CHRISTOPHER**
**WILLIAMS, Individually**                                                          **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, Shadrieka Burnice's sex discrimination and sexual harassment claims are dismissed with prejudice. Summary judgment is granted in favor of the defendants on her retaliation and tortious interference claims.

**SO ORDERED**, this 4th day of March, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**